## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **RACHEL SIMNER, Individually, and on Behalf of All Others Similarly Situated,** | **Case No. _____** |
| **PLAINTIFF,** | **CLASS ACTION COMPLAINT** |
| **v.** | **JURY TRIAL DEMANDED** |
| **LG ELECTRONICS USA, INC.,** | |
| **DEFENDANT.** | |

## CLASS ACTION COMPLAINT

Plaintiff Rachel Simner, individually, and on behalf of all others similarly situated (the "Class"), brings this action against LG Electronics USA, Inc. ("LG" or "Defendant") and alleges as follows:

## NATURE OF THE ACTION

1. This class action arises from LG's knowing sale of dishwashers ("Class Dishwashers")[1] equipped with defective LED control panels ("Control Panels").

---

[1] The "Class Dishwashers" include, but are not limited to, Model Numbers LDF5545ST, LDF5545BB, LDF5545WW, LDF5545BD, LDP6797ST, LDP6797BD, LDP6797BB, LDP6797WW, LDP6797BM, LDT7797ST, LDT7797BD, DT7797BM, LDT5665ST, LDT5665BD, LDT5665BB, LDT5665WW, LDT5678ST, LDT5678BD, LDF5678ST, LDT7808ST, LDT7808BD, and LDT7808BM. Plaintiff reserves her right to expand this

2.      LG designed Class Dishwashers with Control Panels that are "easy to see and use…"[2] However, due to an identical, latent, and pervasive defect in materials and/or workmanship present in each and every Control Panel, Class Dishwashers fail to perform through the end of their expected useful life and are unsuited for their ordinary and intended purpose (the "Control Panel Defect" or "Defect").

3.      Due to the Control Panel Defect, moisture penetrates into the Control Panels. When the Defect first manifests, the Control Panel's buttons and/or LED display will appear to simply malfunction and Class Dishwashers may stop mid-cycle. Eventually, however, the Defect renders the Control Panels unresponsive and the Class Dishwashers inoperable.

4.      LG has been aware of the Control Panel Defect since at least 2015, when it began receiving complaints from consumers. And, on November 8, 2018, it acknowledged the Defect's existence in a Service Bulletin (attached hereto as **Exhibit A**) made available only to its authorized repair technicians in which it detailed the Control Panel Defect and its root cause. But although LG has long known, or had reason to know, that Class Dishwashers suffer from the Control Panel

---

definition if discovery reveals the existence of additional models equipped with an LG Control Panel.

[2] *Top Control Smart wi-fi Enabled Dishwasher with QuadWash*, LG, https://www.lg.com/us/dishwashers/lg-LDT5678BD-top-control-dishwasher (last visited May 25, 2021).

Defect, are unfit for their ordinary and intended purpose, and are incapable of performing as warranted, LG failed to disclose and actively concealed this material fact from Plaintiff and the Class.

5.     Consumers report that any and all efforts to remedy the Control Panel Defect without actually replacing the Control Panel—for example, by resetting the breaker to which a Dishwasher is connected—offer only temporary relief.  In order to permanently return their Class Dishwashers to proper working order, Class members must replace their Control Panel with a non-defective replacement component.

6.     Despite its longstanding knowledge of the Defect in Class Dishwashers, however, LG has yet to successfully remedy the Control Panel Defect: the updated Control Panels referenced in the 2018 TSB suffer from the very same Defect. Indeed, consumers report that their replacement Control Panels, which LG describes in the Service Bulletin as "improvements" designed to "prevent further moisture penetration," likewise fail shortly after installation.

7.     Because LG repairs Class Dishwashers using defective Control Panels that are doomed to fail, its warranty offers little in the way of actual relief and fails its essential purpose. Adding insult to injury, once LG's one-year "labor and parts" warranty expires, LG claims the Defect does not exist, declines to provide further warranty coverage, and requires consumers to pay out of pocket to (temporarily)

return their Class Dishwashers to proper working order. Consumers who do not realize the extent of the Defect until after their warranty has expired likewise are out of luck.

8.    LG's unlawful conduct thus placed Plaintiff and the Class between a rock and a hard place: once the Defect manifests, their only two options are to either purchase a new non-defective dishwasher to replace their Class Dishwasher for which they paid a premium, or keep their Class Dishwasher and pay for multiple repairs.

9.    Accordingly, Plaintiff, on behalf of herself and all others similarly situated, brings this action to redress LG's violations of the Illinois Consumer Fraud and Deceptive Business Practices Act (815 Ill. Comp. Stat. § 505/1 *et seq.*), the Illinois Uniform Deceptive Trade Practices Act (815 Ill. Stat. § 510/2, *et seq.*), the Magnuson-Moss Warranty Act (15 U.S.C. § 2301, *et seq.*), and also seeks recovery for breach of express warranty, breach of implied warranty, common law fraud, and unjust enrichment.

## PARTIES

*Defendant*

10.    Defendant LG is incorporated in the state of Delaware and headquartered in Englewood Cliffs, New Jersey. LG manufactures and sells mobile devices, home entertainment devices, and home appliances, including dishwashers, air conditioners, and kitchen appliances.

*Plaintiff*

11.     Plaintiff Rachel Simner is a resident of Illinois.

12.     Plaintiff Simner purchased a Class Dishwasher, model LDF5545ST, for personal and family use on January 7, 2017 from a Menards store located in Naperville, Illinois for approximately $629.10.

13.     Prior to purchasing her Class Dishwasher, Plaintiff Simner researched the product and reviewed advertisements in which LG claimed their dishwashers are dependable, top-of-the-line, appliances that offer "stellar drying and stain removal abilities" and provide "a clean you can count on for years to come."[3] Neither LG, nor their agents, sellers, or other representatives disclosed the Control Panel Defect in the Class Dishwasher to Plaintiff Simner at the point of sale or otherwise.

14.     In approximately April of 2017, after only a few months of use, Plaintiff Simner's Class Dishwasher began to shut off mid-cycle. The Class Dishwasher could only be turned back on after the circuit breaker connected to the appliance was restarted. The Dishwasher continued to cease operation at ever greater frequencies, eventually requiring Plaintiff Simner to reset her Class Dishwasher several times a week.

---

[3] *Front Control Dishwasher with QuadWash and EasyRack Plus*, LG, https://www.lg.com/us/dishwashers/lg-LDF5545ST-front-control-dishwasher (last visited May 25, 2021).

15.     Plaintiff Simner contacted LG regarding the Control Panel Defect, but LG insisted that Plaintiff Simner's Class Dishwasher was functioning properly despite her continual need to manually reset the machine's power source. After Plaintiff Simner demanded that LG provide warranty service, LG sent a repairman to Plaintiff Simner's home to replace her Class Dishwasher's Control Panel.  The LG Repairman informed Plaintiff Simner and her husband that he would be "seeing them again soon" as the newly replaced Control Panel was only a temporary fix that suffered from the same Control Panel Defect as the original Control Panel.

16.     In approximately October of 2017, five months after the LG repairman replaced Plaintiff Simner's original Control Panel, Plaintiff Simner's new Control Panel began to suffer from the same Control Panel Defect. The Control Panel would repeatedly shut off in the middle of a wash cycle and the buttons would begin to flash and blink lights. The machine required a complete manual reset in order to get the Control Panel to function properly.

17.     Plaintiff Simner again reached out to LG regarding the Control Panel Defect in the replacement Control Panel. This time LG informed Plaintiff Simner that the Class Dishwasher could be repaired by replacing the Control Panel, however, LG informed Plaintiff Simner that she would need to pay a service fee before LG would dispatch a technician. Plaintiff Simner refused to pay for the

technician visit because all service should have been covered by warranty since LG failed to actually repair her dishwasher during prior warranty service.

18.    In another attempt to remedy the Control Panel Defect without incurring substantial personal expense, Plaintiff Simner reached out to LG again and requested that LG send a replacement Control Panel. LG agreed to send Plaintiff Simner a second replacement Control Panel, however, the part never arrived. Upon further inquiry, Plaintiff Simner learned that LG had cancelled the order of the replacement Control Panel because Plaintiff Simner refused to pay an additional (and inequitable) fee for an LG technician to install the replacement part.

19.    In July of 2020, after Plaintiff Simner's Class Dishwasher finally became inoperable, she again contacted LG and requested that they remedy the defect. LG refused. Plaintiff Simner grew exasperated with the lack of support from LG and determined that her Class Dishwasher would never be able to function properly due to the defective Control Panel and defective Control Panel replacement.

20.    After a failed attempt to return her LG Dishwasher to Menards, Plaintiff Simner decided to replace the defective machine with a new dishwasher.

21.    As a result of LG's refusal to cover the cost of repairs necessary to cure the Control Panel Defect, Plaintiff Simner has suffered various damages, including, but not limited to: replacement costs, time spent in arranging and obtaining repairs, lack of warranty coverage, and inconvenience. Further, had LG disclosed the Defect

to Plaintiff Simner prior to purchase she would not have purchased a Class Dishwasher or she would have paid less for it.

## JURISDICTION AND VENUE

22.    This Court has subject matter jurisdiction over this action pursuant to the Class Action Fairness Act, 28 U.S.C. § 1332(d), because (i) there are 100 or more Class members; (ii) there is an aggregate amount in controversy exceeding $5,000,000, exclusive of interest and costs; and (iii) there is minimal diversity because at least one plaintiff and one defendant are citizens of different states.

23.    This Court also has subject matter jurisdiction over Plaintiff's Magnuson-Moss Warranty Act claim, 15 U.S.C. § 2301 *et seq.*

24.    This Court has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367.

25.    This Court has personal jurisdiction over LG because it is headquartered in this judicial district, has conducted substantial business in this judicial district, and intentionally and purposefully placed Dishwashers into the stream of commerce within New Jersey and throughout the United States.

26.    Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391 because LG is headquartered and regularly transacts business in this district, is subject to personal jurisdiction in this district, and, therefore, is deemed to be a citizen of this district. Additionally, LG advertises in this district and has received

substantial revenue and profits from its sales of Dishwashers in this district. Therefore, a substantial part of the events and/or omissions giving rise to the claims herein occurred, in part, within this district.

## FACTUAL ALLEGATIONS

### A.   LG's Marketing and Advertising

27.    LG markets all its appliances as top-of-the-line, efficient, and trustworthy products that "offer innovative solutions to make life good." LG's website boasts superior consumer goods "[w]ith intuitive, responsive controls, sleek, stylish designs, and eco-friendly features" and promises that their team will "be there for you every step of the way."[4]

28.    According to LG, its appliances are "[c]reated to help you enjoy more of what life has to offer" and that LG Dishwashers will "clean your dishes faster." Not only does LG tout its appliances and consumer goods, the company also highlights its consumer support team through its corporate website. LG's website ensures that their support services will "[g]et your questions answered about product setup, use and care, repair and maintenance issues. We can help."[5]

29.    LG's portfolio of consumer appliances includes various models of dishwashers that LG designs, manufactures, warrants, markets, advertises, and sells,

---

[4] *LG Life's Good*, LG, https://www.lg.com/us (last visited June 14, 2021).
[5] *Id.*

including dishwashers equipped with LED Control Panels. LG's Class Dishwashers were designed to leave dishes "virtually spotless" and LG's website advertises the appliances as having not only "stellar drying and stain removal abilities"[6] but also as one of the most energy efficient appliances available in 2020. LG sells its dishwashers through major retail stores such as Lowes, Amazon, Home Depot, and Best Buy, throughout the United States with retail prices ranging from $600 to $1,200.

30.    LG uniformly markets its dishwashers as energy-efficient, high-quality, and top-of-the-line home appliances. LG also advertises its dishwashers equipped with LED Control Panels as sporting "clean lines, stylish finishes and hidden panel controls…"[7] On its website, LG states that its dishwashers will "[s]implify your life, streamline your kitchen, and get spotless, sparkling dishes."[8] Additionally, LG asserts that "LG's sleek, powerful dishwashers feature innovative technology and stylish designs – for faster cleanup and a look you'll love."[9]

31.    LG also describes its dishwashers as boasting "a wide range of features" that "do an incredible job of cleaning your delicate dishware, sturdy cookware, and

---

[6] *Dishwashers*, LG, https://www.lg.com/us/dishwashers (last visited May 25, 2021).
[7] *Id.*
[8] *Id.*
[9] *Id.*

everything in between[,]"[10] including unique patented features such as "TrueSteam" and "QuadWash."[11]  The  following  are  examples  of  advertisements  from  LG's website:[12]



**QuadWash™**

Four Multi-motion spray arms power-clean dishes from multiple angles to get dishes clean the first time.



**True Steam® Technology**

Uses the power of steam to penetrate food residue and minimize water spots during drying by up to 60%*.



**Adjustable 3rd Rack**

Gives you the flexibility to fit more, including uniquely-shaped or over-sized serving utensils and tall stemware.



**Smart Care at Your Fingertips**

LG Proactive Customer Care works with the ThinQ app to send maintenance tips and alerts so you can keep your home running smart.

32.     Specifically, LG notes "[w]ith fewer moving parts, no belts and energy- and water-saving features, your LG dishwasher will get your dishes sparkling clean and help reduce your energy and water consumption."[13]

33.     LG  also  markets  and  advertises  the  energy  efficiency  of  all  LG's dishwashers on its website and highlights the below certifications:[14]

---

[10] *Id.*

[11] *Id.*

[12] *Id.*

[13] *Id.*

[14] *Id.*

## See what the experts are saying





"Stellar drying and stain removal abilities."

**READ REVIEW >**

Americans purchased 3.7 million LG ENERGY STAR® Certified products in the past year. We are proud to be an ENERGY STAR® 2020 Partner of the Year, working together to make the world a better place.

**LEARN MORE >**

34.    As a result of its ubiquitous marketing campaign, LG leads consumers to believe that Class Dishwashers are high quality, efficient, and dependable. Consequently, consumers are willing to pay more for LG's dishwashers than those offered by its competitors, even when competing dishwashers have comparable features.

35.    However, as described throughout this Complaint, the Class Dishwashers do not work as advertised or promoted. Instead, Class Dishwashers suffer from a pervasive defect in materials and/or workmanship that cause their Control Panels to malfunction, stop mid-cycle wasting both water and energy, and ultimately render the entire machine inoperable.

**B.  The Defect**

36.    The Control Panel Defect—a defect in the materials from which Class Dishwashers and their constituent Control Panels are manufactured, and which is present in an identical form in each and every Class Dishwasher—allows water to

12

seep into the Control Panel, causes shortages that result in the machines continually stopping mid-cycle, renders the Control Panel buttons unresponsive, and leaves consumers without a functioning dishwasher.

37.    One YouTube poster recorded their Dishwasher Control Panel malfunctioning as the lights flashed and blinked and the buttons failed to operate.[15]

38.    The Defect in the Control Panel manifests during the expected useful life of the Dishwasher, both within and outside the applicable warranty periods. The Control Panel Defect is substantially likely to prevent the Class Dishwashers from performing their ordinary and intended purpose—washing dishes—because once the Defect manifests, Class Dishwashers will eventually cease to function.

39.    Because the Defect often causes consumers to believe their Dishwasher has lost power, they often attempt to troubleshoot their appliance by resetting its breaker and returning power to the Control Panel.

40.    However, the manual reset is only a temporary fix because the Control Panels fail due to moisture penetration, which resetting a breaker cannot resolve, and the Control Panels will eventually malfunction once again as the following representative complaints from the LG website demonstrate:[16]

---

[15] *LG Dishwasher Display Issue*, YOUTUBE,
https://www.youtube.com/watch?app=desktop&v=htLoH1wJIMM
(last visited May 25, 2021).
[16] *Front Control Dishwasher with QuadWash and EasyRack Plus*, LG,

★☆☆☆☆  Texanne1 · 2 days ago

**Poor quality for an expensive dishwasher.**

SWEEPSTAKES ENTRY RECEIVED

I have had this dishwasher for less than a year. Worked great for the first few months. Now the control board beeps and will not finish a cycle leaving me with dirty dishes and water at the bottom of the dish tub. I requested a repair under warranty and am still awaiting the part. In the meantime, I am washing dishes by hand. This was not an inexpensive appliance. Too bad these products are not meant to last.

Quality

Features

Value

⊕ **Pros:**  Features/Settings

**Recommends this product**  ✗ No

Helpful?   Yes · 0   No · 0   Report

Comment

★☆☆☆☆  sergeseplo · a month ago

**Avoid this dishwasher at all costs!**

SWEEPSTAKES ENTRY RECEIVED

This dishwasher stopped working properly after only about 5-6 months. The display began to spaz out and would flicker uncontrollably, making non-stop beeps while it was running. Most of the time, it doesn't finish a wash cycle - and that's if I'm lucky enough to have it work. Often times the display doesn't work entirely - it doesn't respond to any touch on the display. It will go a full day without responding and then all of a sudden respond again.

To add insult to injury, LG's customer support is awful. They make you feel like your reason why something is not working and not the fact that they make terrible products. It took about 15 calls and 3 days of working with customer service to get them to send out a tech to repair. The tech came out and had to order a new display piece - that is yet to get installed, so TBD on if this is fixed. He did mention that he sees the most issues with LG Dishwashers.

Do yourself a favor and look elsewhere.

Quality

Features

Value

⊕ **Pros:**  Style/Design

**Recommends this product**  ✗ No

---

https://www.lg.com/us/dishwashers/lg-LDF5545BD-front-control-dishwasher
(last visited May 25, 2021);
*Front Control Smart wi-fi Enabled Dishwasher with QuadWash*, LG,
https://www.lg.com/us/dishwashers/lg-ldf5678ss-front-control-dishwasher
(last visited May 25, 2021);
*Top Control Smart wi-fi Enabled Dishwasher with QuadWash*, LG,
https://www.lg.com/us/dishwashers/lg-LDP6797BD-top-control-dishwasher
(last visited May 25, 2021);
*Front Control Dishwasher with QuadWash™ and EasyRack™ Plus*, LG,
https://www.lg.com/us/dishwashers/lg-LDF5545ST-front-control-dishwasher
(last visited June 15, 2021);
*Front Control Dishwasher with QuadWash™ and EasyRack™ Plus*, LG,
https://www.lg.com/us/dishwashers/lg-LDF5545WW-front-control-dishwasher
(last visited June 15, 2021).



★☆☆☆☆ Jonnnnnn · 2 months ago
Not reliable

We had this washer for about a year before it the control panel broke then it broke again and again until Finally the motor was burned out from the multiple times it had leaked

Recommends this product ✗ No

Quality
Features
Value

Helpful?  Yes · 0  No · 0  Report

Comment

★☆☆☆☆ Katie839 · 2 months ago
Poor quality

Bought this product a little over 2 years so the warranty has expired. My dishwasher kept shutting down halfway through the cycle. Called LG and was told that it was the motherboard and it has a 5 year warranty. The repair person told me that it was most likely the control panel because moisture gets in and causes the problem. I'm single and don't use it real often. So the problem seemed to be intermittent, when I would have people over or doing a lot of cooking. I noticed a screw was missing near the control panel. The repair person said the he couldn't put in a new screw because where the screw would connect to on the inside was broken (you can hear the broken piece rattling around) and LG doesn't warranty that. I paid a lot for this product and my work around to be able to use it is not to run it more than once a week. LG doesn't care about poor workmanship.

Recommends this product ✗ No

Quality
Features
Value

Originally posted on LDP6797ST

Helpful?  Yes · 0  No · 0  Report

Comment

★☆☆☆☆ sam2345 · 4 months ago
Poor Dishwasher

SWEEPSTAKES ENTRY RECEIVED

This dishwasher is not a great product. We bought it after looking at the reviews, however, the control panel on this dishwasher is extremely flimsy and now I need to have it replaced for the third time in a row. These extra expenses are unacceptable and I feel like I should be compensated for this nonsense. Having to fix this dishwasher every few months is extremely frustrating and I would not recommend this product to anyone else. This is completely ridiculous and I wish to be compensated.

Recommends this product ✗ No

Quality
Features
Value



41.    There is only one way to permanently cure the Defect: replacing a failed Control Panel with a non-defective component. LG, however, has yet to make available a non-defective Control Panel.

## C.  LG's Knowledge of the Control Panel Defect

42.    Before LG sold the Class Dishwashers, LG knew or had reason to know that the Class Dishwashers suffer from the Control Panel Defect, yet it made no

effort to resolve the Defect prior to placing Class Dishwashers into the stream of commerce.

43.    Instead, LG continued to manufacture and sell Dishwashers equipped with the defective Control Panels, and its efforts to produce a Control Panel that resolves the Defect's underlying root cause have come up short. As Plaintiff's and the Class' experiences show, LG's purported solutions, including the updated service parts described in its Service Bulletin, have not addressed the underlying cause of the Control Panel Defect and have repeatedly proven ineffective.

44.    Consumers have complained repeatedly to LG about the Control Panel Defect on message boards, social media, and other websites since as early as 2015, but LG refuses to properly address and rectify the problem, and has failed and refused to reimburse customers for repairs and/or replacement costs. The following are a representative sampling of those complaints from the LG website that LG has personally responded to, thereby demonstrating its awareness of the continued Control Panel Defect and its effect on consumers:[17]

---

[17] *Front Control Dishwasher with QuadWash and EasyRack Plus*, LG, https://www.lg.com/us/dishwashers/lg-LDF5545BD-front-control-dishwasher (last visited May 25, 2021);
*Front Control Dishwasher with QuadWash™ and EasyRack™ Plus*, LG, https://www.lg.com/us/dishwashers/lg-LDF5545ST-front-control-dishwasher (last visited June 15, 2021);
*Front Control Dishwasher with QuadWash™ and EasyRack™ Plus*, LG, https://www.lg.com/us/dishwashers/lg-LDF5545WW-front-control-dishwasher (last visited June 15, 2021).

★☆☆☆☆ shakes13 · 5 days ago
**Needed constant repair and finally stopped working**

I bought this dishwasher 2 years ago. Since then, I have replaced the front control panel a total of four times. I called LG for assistance, but they refused to do anything about it, in spite of showing them all prior receipts of technician visits. They did not even agree to a courtesy technician visit. I will not be buying a dishwasher or any electronic product from LG again.

**Recommends this product**  ✗ No

Originally posted on LDF5545ST

**Quality**

**Features**

**Value**

Helpful?  Yes · 0    No · 0    Report

Comment

Response from LG Electronics:
LGE Social Media · 4 days ago

We hate to hear that you experienced a problem with your unit. Your feedback is especially important to us and your concerns will be shared with our marketing and product teams. We work continuously to improve the quality of our products and anticipate market demands that drive customer satisfaction. If you have questions or further concerns, please reach out to our support team via private message with #VOC on Facebook @LGUSSupport or call at 800-243-0000. Please be sure to provide your contact information, model/serial numbers and date of purchase. We apologize for the inconvenience and frustration caused. ^Daphane

★☆☆☆☆ Heather T · 14 days ago
**Not a good purchase for me**

SWEEPSTAKES ENTRY RECEIVED

After less than a year, the electric control panel stopped working. Got it serviced and it came back to life for about 6 months. Only to die again. Overall, I got less than 1 year out of this dishwasher until I decided to cut my losses and switch brands.

**Recommends this product**  ✗ No

Originally posted on LDF5545ST

**Quality**

**Features**

**Value**

Helpful?  Yes · 1    No · 0    Report

Comment

Response from LG Electronics:
LGE Social Media · 12 days ago

We hate to hear that you experienced a problem with your unit. Your feedback is especially important to us and your concerns will be shared with our marketing and product teams. We work continuously to improve the quality of our products and anticipate market demands that drive customer satisfaction. If you have questions or further concerns, please reach out to our support team via private message on Facebook @LGUSSupport or call at 800-243-0000. Please be sure to provide your contact information, model/serial numbers and date of purchase. We apologize for the inconvenience and frustration caused. ^Daphane

★☆☆☆☆ JCHT · a month ago
**Broke… multiple times**

SWEEPSTAKES ENTRY RECEIVED

This dishwasher came new in my house and I've had it repaired twice under warranty for the same issue. Control Panay keeps frying and out on us rendering the dishwasher useless. It's now going out again and I'm fighting with LG to get an out of warranty repair done because they never fixed the original issue under warranty!! This is a garbage dishwasher and LG isn't responding to me about getting it fixed. A lot of people in my neighborhood are having the same issues and switching dishwasher brands. If LG would have just complied with coming out to fix my dishwasher again I wouldn't have posted this horrible review but what else am I supposed to do?

**Quality**

**Features**

**Value**

**Recommends this product**  X No

Originally posted on LDF5545ST

Helpful?   Yes · 0    No · 0    Report

Comment

### Response from LG Electronics:
LGE Social Media · a month ago

We hate to hear that you experienced a problem with your unit. Your feedback is especially important to us and your concerns will be shared with our marketing and product teams. We work continuously to improve the quality of our products and anticipate market demands that drive customer satisfaction. If you have questions or further concerns, please reach out to our support team by private message on Twitter or Facebook @LGUSSupport or call at 800-243-0000. Please be sure to provide your contact information, model/serial numbers and date of purchase. We apologize for the inconvenience and frustration caused. ^Daphane

★☆☆☆☆ brd1542 · a year ago
**Main control failure again,,,**

SWEEPSTAKES ENTRY RECEIVED

I purchased this three years ago after warranty expired main control panel failed that was about 18 months ago doing the same thing this time.

**Quality**

**Features**

**Value**

**Recommends this product**  X No

Originally posted on LDF5545ST

Helpful?   Yes · 5    No · 1    Report

Comment

### Response from LG Electronics:
LGE Social Media · 8 months ago

Please accept my apologies for the delayed response. I certainly hope this issue has been resolved. The extended warranty on this unit offers coverage 5 years from the date of purchase for the main control board, part only. If the issue is not resolved, and you would like to exercise the extended warranty, please contact LG Customer Support by direct message via Twitter (@LGUSSupport) or Facebook Messenger (https://www.facebook.com/LGUSA/). Please be sure to provide your name, phone number, address, email, model/serial numbers, and date of purchase and we will be happy to assist you. Again, we apologize for any inconvenience this has caused. ^Daphane

★☆☆☆☆ LG consumer too · a year ago     SWEEPSTAKES ENTRY RECEIVED

**Constant problems with Control Panel**

The control panel on the LG dishwasher constantly stops working. The control panel is touch and was replaced twice, due to errors or being unresponsive. Technician said that sometimes the internals are not insulated well, maybe the heat or steam is causing this constant malfunction. Today the control panel stopped working mid cycle with constant beeping, probably will need to replace panel again. I had the dishwasher only 1 year, LG claims 10 year motor warranty but the issue is with the electronics. Also the normal wash cycle takes almost 3 hours to complete, the heavy takes 3:30 hours which is too long! Both these issues makes me not recommend the dishwasher.

Quality
Features
Value

Recommends this product  ✗ No

Originally posted on LDF5545ST

Helpful?  Yes · 3    No · 0    Report

Comment

Response from LG Electronics:

Customer Service · a year ago

That's not good! We're sorry to see that you've run into these issues with your dishwasher. We'll need to gather some additional details from you in order to see how we can best assist. Please reach out to a specialist via Twitter @LGUSSupport or via Facebook https://www.facebook.com/LGUSA/ ^CP

---

★☆☆☆☆ Big Family Man · 2 years ago

**Worst Dishwasher, Ever**

Apparently, this particular unit was not intended for regular use. Purchased this in November 2018. In September 2019, scheduled the 4th service call for the same issues - dishwasher stops during the cycle, control panel flashes/beeps during use and/or cannot turn the unit off or on. Despite registering with LG, I have to upload a copy of the receipt for every service call. Generally have to wait a week for service, then the technician replaces the same part (display/user controls). The "fix" lasts a month or two and then we repeat the cycle. The 3rd service call, the technician replaced both the display and the main circuit board. Now on the 4th call, LG has no record of the prior service and wants both parts replaced again (rather than just replace the entire unit). Which means waiting for the parts to be received and then scheduling another service call. Being a family of 8, you can imagine that having a reliable dishwasher is quite important. So not having one for weeks on end can be quite a hassle. Due to the 12-month warranty, I fully expect to be purchasing another dishwasher later this year. I can guarantee it won't be another LG.

Quality
Features
Value

⊖ Pros:  Features/Settings

Recommends this product  ✗ No

Originally posted on LDF5545BB

Helpful?  Yes · 5    No · 0    Report

Comment

Response from LG Electronics:

Customer Service · 2 years ago

We hate to see that you've had multiple issues with your dishwasher and that you're having a hard time getting it repaired. We'll be happy to take a look and see how we can help get this completed for you. Please take a moment, at your convenience, to contact us directly via Twitter @LGUSSupport or Facebook https://www.facebook.com/LGUSA/ ^CP



★ ☆☆☆☆  Annn · 2 years ago
**Worst dishwasher ever bought**

Bought this dishwasher about two years ago have had problems with it ever since. The control panel blinks and won't do anything. Unplug it restarted it and nothing happens. Then out of blue it will work. I have been doing a lot of dishes by hand. Thanks LG for making a piece of junk that I paid a lot of money for. I knew I should have bought a cheaper brand! Do not buy this dishwasher!

Recommends this product  ✗ No

Originally posted on LDF5545BD

Quality
Features
Value

Helpful?  Yes · 1    No · 0    Report

Comment

**Response from LG Electronics:**

Customer Service · 2 years ago

It sounds like we'll need to walk through some troubleshooting for your dishwasher. Please head over to our support team via @LGUSSupport on Twitter or you can give us a call at 800-243-0000 so that we can dig into this a little more for you. ^CP

★ ☆☆☆☆  Bailey426 · 2 years ago    **SWEEPSTAKES ENTRY RECEIVED**
**Don't BUY!**

I have had this for under 2 years and have problems with the control panel. It flashes and doesn't finish a cycle and trying to get support is like visiting Fort Knox! LG gave me 2 repair companies - one isn't taking warranty work and the other has to call me back. BUYER BEWARE

⊕ Pros:  Style/Design

Recommends this product  ✗ No

Quality
Features
Value

Helpful?  Yes · 0    No · 0    Report

Comment

**Response from LG Electronics:**

Customer Service · 2 years ago

That's not good! We're sorry to see that you've run into these issues with your dishwasher. We'll need to gather some additional details from you in order to see how we can best assist. Please reach out to a specialist via Twitter @LGUSSupport or via Facebook https://www.facebook.com/LGUSA/ ^CP

21



45.    LG gained exclusive and superior knowledge of the Control Panel Defect before Plaintiff and the Class purchased the Class Dishwashers through a variety of sources unavailable to consumers, including consumer complaints and

warranty claims made to LG and its sellers, and LG's pre- and post-release testing of Class Dishwashers and their constituent components.

46.    The following exemplar consumer complaints posted to LG's own forums demonstrate its years'-long knowledge of the Control Panel Defect.[18]

★☆☆☆☆  vanessa27 · 4 years ago
**Worst dishwasher ever**

Bought this dishwasher in October didn't use it til November after a kitchen remodel. Stopped working in end of March. My husband read the guide and could not figure out why it wouldn't work. He is extremely handy! We called Lg and they came out in April and said we needed a new control panel. We waited a month to receive the parts and have service come out to fix it we were given a 3 hour window and the driver came more than an hour and a half later. Horrible dishwasher horrible customer service I unfortunately bought all LG appliances for my newly remodeled kitchen and I am just waiting for something else to go horribly wrong. Lesson learned !!

Recommends this product  ✗ No

Originally posted on LDF5545ST

Helpful?  Yes · 5    No · 2    Report


★☆☆☆☆  msrdh · 4 years ago
**Stopped working after 6 months**

Delivered in January and by July stoppped working.
Very touchy buttons and if you accidently brush against the power button when running you have to start the process over....that's when it was working. Very disappointed

⊕ Pros:  Style/Design

Recommends this product  ✗ No

Originally posted on LDF5545ST

Helpful?  Yes · 0    No · 0    Report

---

[18] *Front Control Dishwasher with QuadWash and EasyRack Plus*, LG, https://www.lg.com/us/dishwashers/lg-LDF5545SS-front-control-dishwasher (last visited June 14, 2021);
*Top Control Smart wi-fi Enabled Dishwasher with QuadWash*, LG, https://www.lg.com/us/dishwashers/lg-LDP6797BD-top-control-dishwasher (last visited June 14, 2021).

47. Consumers likewise have complained of the Control Panel Defect en masse on third-party websites such as Amazon, Home Depot, Lowes, Consumer Affairs, and Best Buy. Several exemplar complaints that reflect the scope and substance of their complaints are transcribed below:[19]

---

[19] *LG QuadWash 48-Decibel Front Control 24-in Built-In Dishwasher (Stainless Steel) ENERGY STAR*, LOWE'S, https://www.lowes.com/pd/LG-QuadWash-48-Decibel-Filtration-Built-In-Dishwasher-Stainless-Steel-Common-24-in-Actual-23-75-in-ENERGY-STAR/1000079907 (last visited June 14, 2021); *LG Dishwasher*, CONSUMER AFFAIRS, https://www.consumeraffairs.com/homeowners/lg-dishwasher.html?page=6#sort=oldest&filter=1 (last visited June 16, 2021); *LG - 24" Front-Control Built-In Dishwasher with Stainless Steel Tub, QuadWash, 48 dBa - PrintProof Black Stainless Steel*, BEST BUY, https://www.bestbuy.com/site/lg-24-front-control-built-in-dishwasher-with-stainless-steel-tub-quadwash-48-dba-printproof-black-stainless-steel/5847000.p?skuId=5847000 (last visited June 15, 2021);

**Fundamentally broken front control panel**

⭐☆☆☆☆



nairbdes

May 27, 2021
From lg.com

Much like many other unfortunate people who own this dishwasher, the front control board fails. Mine lasted only about 1 year after purchasing it before the front control board (front display panel) started having major issues. Now it's out of warranty and LG won't pay to fix it. Avoid this dishwasher at all costs. Your front display won't last.

**etat**

**Features**

| | |
|---|---|
| Quality | ⬛⬛⬜⬜⬜ |
| Value | ⬛⬛⬜⬜⬜ |
| Ease of Use | ⬛⬛⬛⬜⬜ |

⭐☆☆☆☆ **Control panel faulty - a known issue**

✅ Verified Purchase | Posted 10 months ago. Owned for more than 2 years when reviewed.

Purchased this washer 2/17/18 and within six months the control panel started to beep and strobe erratically during the cycles but was still functional. It went on another six months until the erratic and strobing of the control panel finally would stop/shut the machine mid cycle. This would happen almost on all of the normal/auto cycles. If you google the issue with this dishwasher model, you'll see plenty of Reddit posts on the same issues. I finally called Geek Squad to file a claim on 9/2019 and they replaced the control panel. This one claim will exhaust your Geek Squad warranty which I wasn't aware of until I got the email. By April 2020, the beeping and strobing of the control panel has returned. It is still functioning but it'll probably be a matter of time before it starts shutting down mid-cycle again.

This review is from LG - 24" Front-Control Built-in Dishwasher with Stainless Steel Tub, QuadWash, 48 dBa - Stainless steel

✕ No, I would not recommend this to a friend

Helpful (7) | Unhelpful (0) | Report | Comment

---

*LG LDP6797ST Tall Tub Top Control Stainless Steel Dishwasher LDP6797ST*, AMAZON, https://www.amazon.com/LG-LDP6797ST-Control-Stainless-Dishwasher/dp/B077ZGFNW3/ref=cm_cr_arp_d_bdcrb_top?ie=UTF8 (last visited June 14, 2021);
*LG 44-Decibel Built-in Dishwasher (Stainless Steel) (Common: 24 Inch; Actual: 23.75-in) ENERGY STAR*, LOWE'S, https://www.lowes.com/pd/LG-44-Decibel-Built-in-Dishwasher-Stainless-Steel-Common-24-Inch-Actual-23-75-in-ENERGY-STAR/1000218883 (last visited June 14, 2021).

 HW

★☆☆☆☆  **There Should Be A Recall**
Reviewed in the United States on March 20, 2019

I bought this LG Dishwasher in October of 2017 from Home Depot. In March of 2019 (less than a year and a half later), the electrical control panel stopped working so I was unable to use the product. Since it was 5 months past the warranty, I was charged $135.31 for a technician to come out and diagnose the problem. I was informed that I would then have to pay for the repair and labor after the technician ordered the new part. When the technician arrived, he had a new electronic control panel (so he already knew what the problem was before even looking at the dishwasher) and told me that I would not be charged for the repair or labor because this was such a common problem - that they had the NEW MODIFIED electrical control panels in stock. He said that in the NEW MODIFIED control panels, they have added a moisture barrier because in the old version, moisture from steam would get into the control panel and ruin the electrical system. I asked him why there hasn't been a recall on this product since it was so common, and he said that he didn't know why but there has been a "Service Bulletin" released regarding this same issue. I then called customer service to get a refund of the $135.31 that I already paid, and they would not give a refund even after being escalated to a supervisor. I asked to be escalated again and was informed that he could not do that. I tried to call the President of the company and got no answer and no way of leaving a VM or email. Considering this is a COMMON DEFECT in the product and a modified control panel has been created for this issue, there should be a recall and all expenses paid. I want my refund of $135.31 since this was LG's defective product and not anything that I could control! A complaint with the BBB has been filed and I will continue to let people know that they should stay away from LG products.

* Update* I finally got a refund for the service call, but only because I slammed them with bad reviews everywhere I could think of. Amazon, Home Depot, Lowe's, Twitter, Facebook, BBB, and many more. After leaving several bad reviews on FB, a representative reached out to me and got it approved - but it took almost three months after it was approved before I saw that money. The refund wouldn't have happened had I not been persistent. I urge people to not let companies like LG take advantage of you. Escalate, go to social media...whatever it takes. To date, this dish washer has still not been recalled.

**a huge lemon**

★☆☆☆☆

we bought this dishwasher, with install price, for $800.00. We then had it installed and after 5 weeks, of running it a whopping 6 times, it has gone completely dead on us. The front control panel will not light up, and there is no electricity to the unit. We had to wait 1 1/2 weeks for Lowe's to even deliver it and install it, and now this. We had LG come out and they said they will repair it, but I am demanding a new unit. Well, now we wait and hope for the response within the next 2 weeks. Obviously, this unit is a huge disappointment and a lemon. Buyer beward on this thing is all I can say ....meanwhile, we now wait for weeks and weeks with no dishwasher.

swthompson
November 21, 2018

✓ Sweepstakes Entry ⓘ

**DO NOT BUY!! KNOWN ISSUES WITH PRODUCT BY LG**

★☆☆☆☆

We purchased this item 9/2017 for our new home which was under construction, it was installed 3/2018. Several issues: -top electronic control panel cracked after a handful of uses -after panel cracked, door would not stay shut (so it would pop and not dry or not finish cycle) -called LG as it was under warranty, less than 1 yr old - the top rack (for glassware, not the little shelf) is apparently a known issue (was made slightly too big) - it needs to be replaced so door can shut properly when rack is loaded - they replaced the top cracked control panel and now water has gotten into the circuit board causing it to short out (top rack still has not been replaced) - circuit board is on back order from LG with no ETA -LG will not process a refund at this time until they confirm they cannot get the part -the company contracted by LG is quite far from us (no closer companies) - getting them to come 1.5 hrs to our home has been like pulling teeth -if we don't get this fixed by Sept, the warranty goes to Lowes (we bought extended care). We have no functional diswasher!!! Absolute nightmare.

maryannepsu
July 30, 2018

— Read Less

 Would Not Recommend



 **charles of Lakewood, WA**    ✔ Verified Reviewer

Original review: April 12, 2015

I just had to replace a four year old LG dishwasher. This was the worst dishwasher I have ever owned. The rack system was poorly designed and engineered. The wheels were brittle and broke easily and very costly to replace. The control panel had to be replaced twice and although part of the warranty, it still was costly to replace. The motor was very noisy and recently stopped working altogether. I just purchased a Bosch dishwasher as a replacement and am sure it will be much better than the LG. This is the last LG product I will purchase. Poor engineering and poor customer support.

👍 **Helpful**  |  **20 people** found this review helpful

48.    Although LG does not operate these third-party websites, it routinely monitors class member complaints and reviews posted thereto as the following screenshots demonstrate:[20]

---

[20] *Top Control Tall Tub Smart Dishwasher with WiFi Enabled in Black Stainless Steel with Stainless Steel Tub, 46 dBA*, THE HOME DEPOT, https://www.homedepot.com/p/LG-Electronics-Top-Control-Tall-Tub-Smart-Dishwasher-with-WiFi-Enabled-in-Black-Stainless-Steel-with-Stainless-Steel-Tub-46-dBA-LDT5665BD/301980625 (last visited June 14, 2021);
*24 in. Stainless Steel Top Control Built-In Tall Tub Smart Dishwasher with Stainless Steel Tub and 3rd Rack*, 44 dBA, THE HOME DEPOT, https://www.homedepot.com/p/LG-Electronics-24-in-Stainless-Steel-Top-Control-Built-In-Tall-Tub-Smart-Dishwasher-with-Stainless-Steel-Tub-and-3rd-Rack-44-dBA-LDP6797ST/207170190 (last visited June 14, 2021);
*LG QuadWash 48-Decibel Front Control 24-in Built-In Dishwasher (Stainless Steel) ENERGY STAR*, LOWE'S, https://www.lowes.com/pd/LG-QuadWash-48-Decibel-Filtration-Built-In-Dishwasher-Stainless-Steel-Common-24-in-Actual-23-75-in-ENERGY-STAR/1000079907 (last visited June 14, 2021);
*LG QuadWash Smart Wi-Fi Enabled 44-Decibel Top Control 24-in Built-In Dishwasher (Stainless Steel) ENERGY STAR*, LOWE'S,

 **Great When It Works**

⊘ **Verified Purchase** | Posted 2 years ago.

Bought in September 2017. Excellent dishwasher and cleaned like no other dishwasher we have had in the last 20 years! But...after 4 months of dependable use it started having issues with the control panel and system board. In the last six months, it has been a total nightmare with the control panel needing to be replaced for the 3rd time now. With a total of 36 days and counting of loss of use between the 3 incidents, it has been very disheartening. With a large family, we greatly depend on our dishwasher. Currently, we are waiting on a backoredered control panel which is suppose to arrive in a week.

The Geek Squad service guys have been great but the corporate guys have been disappointing. We were told we could get reimbursed for extended loss of use or a replacement unit after the 3rd failure of the same component. This is not the case. Apparently, they are not willing to work with and just us telling us to sit tight and wait for the parts. This will certainly impact future purchasing decisions from Best Buy for our family, friends, neighbors, and co-workers.

This review is from LG - 24" Top Control Smart Wi-Fi Enabled Dishwasher with QuadWash and Stainless Steel Tub - PrintProof Black Stainless Steel

 

✕ No, I would not recommend this to a friend

Helpful (68)   Unhelpful (4)   |   Report

**Brand response from LGAnswers**

Posted 2 years ago.

We hate to hear you are having trouble with getting your dishwasher repaired. We would be happy to look into your repair to see when the parts should be in. If you have not already, please reach out to a specialist via Twitter @LGUSSupport or Facebook https://www.facebook.com/LGUSA/ or you can give us a call at 800-243-0000 so we can help you with this. ^CP



Comment  |  Show comments (2)

---

https://www.lowes.com/pd/LG-QuadWash-Smart-Wi-Fi-Enabled-44-Decibel-Filtration-Built-In-Dishwasher-Stainless-Steel-Common-24-in-Actual-23-75-in-ENERGY-STAR/1000196231 (last visited June 14, 2021);
*LG - 24" Top Control Smart Wi-Fi Enabled Dishwasher with QuadWash and Stainless Steel Tub - Stainless steel*, BEST BUY,
https://www.bestbuy.com/site/reviews/lg-24-top-control-smart-wi-fi-enabled-dishwasher-with-quadwash-and-stainless-steel-tub-stainless-steel/5714463?rating=1&sort=OLDEST (last visited June 14, 2021).

 **Broke after 2 months of use**

Posted 3 years ago.

I purchased this dishwasher from Best Buy and had it installed October 3, 2017 with expectations of getting at least 7 years out of it. But after two months of use the buttons stopped working and I can no longer use the dishwasher. On top of that, the part to fix the dishwasher is on back order for more than 2 weeks and now I'm left with a $750 black box in my kitchen that doesn't do anything. I had a Bosch before this one, which cost almost half as much and ran great for 7+ years with no problems. On top of that, the Bosch washed the dishes better than this over priced broken dishwasher. If I can, I'm going to try an exchange this broken dishwasher for a Bosch and never consider buying anything else but a Bosch again.

This review is from LG - 24" Top Control Smart Wi-Fi Enabled Dishwasher with QuadWash and Stainless Steel Tub - Black

✕  No, I would not recommend this to a friend

Helpful (8) | Unhelpful (0) | Report

**Brand response from LGAnswers**

Posted 3 years ago.

What you have described is far from what we expect. We would be more than happy to look into this issue for you. Our support team is available via Twitter @LGUSSupport or Facebook www.Facebook.com/LGSupportUSA ^CP



 Dec 27, 2018

**The control panel didn't work on this brand new item. We had a technician look at it. This tech...**

The control panel didn't work on this brand new item. We had a technician look at it. This technician said that LG knows about this issue and is still selling these to retailers anyway. Overpriced for a dishwasher. Home Depot and LG have not been helpful in resolving the issue. They try to put the responsibility on the other.

by LGisBad

**Response from LGAnswers**                                                                    Hide

Jan 2, 2019

Thank you for your review it is very important to us. I hate to hear of the trouble caused to you due to your dishwashers control panel malfunctioning. I can understand how frustrating it may be for your dishwasher to not work properly brand new. I would love to help out, if there is anything we can do to assist in the near future feel free to reach out to us directly at 1(800)243-0000 via Facebook https://www.facebook.com/LGUSSupport or Twitter @LGUSSupport. ^TH



### Bad choice

★☆☆☆☆

Inside of 7 months LG sent service 2 times. Replaced control panel and a pump. Still have to run some loads twice because the load isn't clean or dry. Racks already rusting thru coating. Done with LG. Expecting short term life out of this unit.

❌ Would Not Recommend



 (43)    (9)    (1)   🏳 Report

We are sorry to hear you are having trouble with your dishwasher cleaning your dishes. You can troubleshoot issues with cleaning from the following help article: https://www.lg.com /us/support/product-help/CT10000009-20150326688735-not-cleaning We would love to take a look at the issue you are experiencing with the racks rusting. Please take a moment, at your convenience, to contact us directly via Twitter @LGUSSupport or Facebook https://www.facebook.com/LGUSA/ or you can give us a call at 800-243-0000. ^CP

By LGAnswers on August 9, 2018



**LDavis**

August 8, 2018

30

 ★ ★ ★ ★                                                                     Aug 3, 2018

**Do NOT buy this dishwasher! Bought middle of April and stopped working by the end of July (just ...**

Do NOT buy this dishwasher! Bought middle of April and stopped working by the end of July (just past the 90 day mark). One day it just decided to not power on. Called customer service and a repair person cannot come out for 3 weeks. Called back and 2nd repair company tells me that most likely it needs a new control panel, which happens to be on back order (which makes me wonder if this is a common problem). So here I sit with a new dishwasher that refuses to work and a company that cannot guarantee having someone fix it in a timely manner.

by motherofseveral

---

**Response from LGAnswers**                                                                        Hide

Aug 8, 2018

We hate to hear you are having power issues with your new dishwasher. We would be happy to look into your case to see how we can best assist you with this. Please take a moment, at your convenience, to contact us directly via Twitter @LGUSSupport or Facebook https://www.facebook.com/LGUSA/ or you can give us a call at 800-243-0000. ^CP



---

**Won't start after 1 month. Bad Customer Service**                         JP

 ★ ☆ ☆ ☆ ☆                                              November 27, 2017

LG LDP6797ST Dishwasher won't start after owning for about a month. It turns on but all the buttons on the right side don't work including the start button which is pretty important. They can't find anyone that will come and fix it for me. I'm still waiting to hear back from LG while their "service locator team" tries to find someone who can service it in my area. I live in a pretty populated area. Bad dishwasher and poor costumer service. Added a video link to show issue.

⊗ Would Not Recommend

 

 👍 (40)  |  👎 (3)  |  💬 (1)  |  🏳 Report

> Sorry to see that you've run into this with your dishwasher, JP. We're happy to have our social media support help out if you'll head over to @LGUSSupport on Twitter or www.facebook.com/LGUSA and send a message with your case information. ^RW
>
> By LGAnswers on November 29, 2017
>
> 



49. LG's longstanding knowledge of the Control Panel Defect is best evidenced by the Service Bulletin it issued in 2018.

50. As numerous courts have recognized, manufacturers issue service bulletins—through which manufacturers acknowledge defects in their products and provide repair instruction therefor—long after they learn of a defect, and only after careful consideration and extensive analysis of a product quality issue's underlying root cause.

51. On November 8, 2018, LG issued a Service Bulletin to correct the Control Panel Defect in various models, including models LDF5545, LDT5665, LDP6797, LDT7797, LDT5678, LDF5678, and LDT7808. (**Exhibit A**). The 2018 Service Bulletin provided a purported solution to the defective Control Panel that

included an "improved" part with "additional silicone coating on the side [to prevent] further moisture penetration" into the dishwasher.

52.    Given that Service Bulletins are only issued after a significant number of complaints are made and a lengthy investigation is undertaken, it is clear that LG was aware of the Control Panel Defect in the Class Dishwashers well before November 2018.

53.    However, the Control Panel update provided to consumers did not resolve the Control Panel Defect, but instead proved equally ineffective. As evidenced by continual consumer complaints, even after repairs using an updated component, Class Dishwashers continue to stop mid-cycle, Control Panel buttons continue to malfunction, and Dishwashers are rendered entirely inoperable. To correct the Control Panel Defect, the Class Dishwashers require Control Panels that are not susceptible to moisture penetration that corrodes internal circuitry.

**D. Plaintiff's and the Class' Reasonable Expectations**

54.    In purchasing the Class Dishwashers, Plaintiff and the Class expected the Class Dishwashers to operate in accordance with their intended and ordinary purpose: to complete a load of dishes without stopping half-way through or requiring either a manual reset of the Control Panel or a complete replacement of the Control Panel in order to function properly. Additionally, Plaintiff and the Class expected their Class Dishwashers to produce "virtually spotless dishes and glassware," "get

dishes clean the first time," and provide a "wide range of features" that will "do an incredible job of cleaning your delicate dishware, sturdy cookware and everything in between."[21] Further, Plaintiff and the Class expected their Class Dishwashers to be top-rated in energy efficiency.[22]

55.    Plaintiff and the Class reasonably expected LG to disclose the existence of the Control Panel Defect that was known to LG at the time of sale and the true features of the Class Dishwashers. Specifically, LG was duty-bound, but failed to disclose that the Class Dishwashers would stop washing dishes mid-cycle, wasting water and energy, and fail to complete a cycle due to the Control Panel Defect, resulting in an inoperable Control Panel that would not properly function unless it was manually reset or entirely replaced.

56.    Because of the Control Panel Defect, Plaintiff's and the Class' Class Dishwashers failed during their expected useful lives and otherwise did not work in accordance with LG's representations, within or outside applicable warranty periods.

57.    As a result of the Control Panel Defect, Plaintiff and the Class experienced failure of the Class Dishwashers, did not receive the benefit of their bargain, and have incurred actual damages including repair and/or replacement

---

[21] *Dishwashers*, LG, https://www.lg.com/us/dishwashers
(last visited May 25, 2021).
[22] *Id.*

costs, time spent in arranging and obtaining repairs and warranty coverage, and inconvenience.

### E. LG's Deficient Warranty Performance

58.    LG warrants every Class Dishwasher for repairs needed to correct defects in materials and/or workmanship. An exemplar copy of the warranty booklet included with all Class Dishwashers is appended here as **Exhibit B**.

59.    LG provides a Limited Warranty for the Class Dishwashers covering "defect[s] in materials or workmanship under normal home use…"[23] During the specified warranty period, LG will, at its option, repair or replace specific parts. For example, Plaintiff's warranty provides a one-year warranty period from the date of purchase for labor and parts, a five-year parts warranty for the main control board and racks, a ten-year warranty period for the direct drive motor, and a limited lifetime warranty period for the tub.[24]

60.    The Control Panel Defect arises from defective materials and/or workmanship in the Class Dishwashers and is therefore covered under LG's Limited Warranty. Yet LG has refused to fix the Control Panel Defect. Instead, when consumers, like Plaintiff, have their Class Dishwashers repaired, (1) they are told

---

[23] *Owner's Manual Dishwasher,* LG, https://www.lg.com/us/support/products/documents/Owners%20Manual_.pdf (last visited May 25, 2021).
[24] *Id.*

that the Control Panel Defect is either not covered by the one-year parts and labor Warranty and are charged for service; or (2) are provided with an equally defective replacement Control Panel that ultimately also fails, and which LG then refuses to replace at no-cost because the one-year parts and labor warranty has expired.

61.    LG, for example, was aware, had reason to know, or was reckless in not knowing that its warranty repairs would not cure or rectify the Control Panel Defect. By providing such ineffective warranty repairs—as the experiences of Plaintiff and other absent Class members demonstrate—LG merely postponed the failure of the Class Dishwasher Control Panels until after the expiration of applicable warranties, causing its express limited warranty to fail of its essential purpose.

62.    Despite the purported solutions provided in the Service Bulletin, the same models, as well as additional, newer models, have continued to suffer from the Control Panel Defect in the Control Panel. LG's purported fixes simply have proven inadequate.

63.    LG's refusal to honor its warranty obligations shifts the costs of the Control Panel Defect onto its consumers, who must pay to repair and replace their defective Class Dishwashers.

64.    Defects that arise in Class Dishwasher's outside the warranty's limited duration should nonetheless be remedied by LG at no cost because the warranty is procedurally and substantively unconscionable. Therefore, when the Control Panel

Defect arises, LG must be estopped from denying warranty claims on the grounds that the warranty has expired.

65.    The Class Dishwasher warranty is procedurally unconscionable because:

      A. Consumers did not have a meaningful opportunity to participate in creating the warranty.

      B. LG is a nationally operating enterprise with substantial market power to dictate the terms of the warranty to consumers.

      C. LG created the warranty with a one-year term that consumers had no choice or ability to alter.

      D. LG offered the warranty to consumers on a "take-it-or-leave-it" basis.

66.    The Class Dishwasher warranty is substantively unconscionable because:

      A. The Class Dishwashers are a durable good.

      B. It is material to a reasonable consumer that the Class Dishwashers last a significant period of time without needing repair or replacement.

      C. Upon information and belief, LG has, at all relevant times, had superior knowledge regarding the Class Dishwashers lack of

durability due to its control over the design, manufacture, and/or testing of the Class Dishwashers.

D. Upon information and belief, LG has had superior knowledge regarding the Class Dishwashers lack of durability as a result of consumer complaints and warranty claims as early as 2015.

E. Despite LG's superior knowledge of the existence of the Control Panel Defect and the likelihood the Control Panel Defect will manifest after one-year, LG refused to replace failed Control Panels under its one-year parts and labor warranty, instead continuing to charge customers for labor to replace a known defective part, charges that eventually will exceed the cost of Class Dishwashers themselves.

F. LG's warranty fails of its essential purpose because LG cannot cure the Defect.

67.    Due to the reasons explained above, no reasonable consumer would enter into an agreement with such terms.

68.    Accordingly, LG's warranty is unconscionable and LG must be estopped from enforcing it against Class members.

**F. LG Conceals the Control Panel Defect and Continues Selling Defective Dishwashers**

69.     LG markets its Class Dishwashers as highly rated, efficient, and reliable appliances with a "wide range of features."[25] Further describing all LG dishwashers as "among the most energy-efficient in its class…"[26]

70.     However, LG failed to adequately design, manufacture, and/or test the Class Dishwashers to ensure they were free from defects.

71.     LG knew, had reason to know, or was reckless in not knowing of the Control Panel Defect in the Control Panel when it uniformly warranted, advertised, marketed, and sold the Class Dishwashers to Plaintiff and the Class.

72.     Despite its longstanding knowledge of the Control Panel Defect, LG did not disclose to consumers the fact that the Control Panel Defect existed at the time of sale and that the Control Panel Defect would render the Class Dishwashers unable to perform as expected and intended well before the end of their expected useful lives. Nor did LG disclose that repairs would neither cure nor remedy the Control Panel Defect and would only, at best, briefly delay the impact of the Control Panel Defect and thereby postpone failures in the Class Dishwashers.

---

[25] *Dishwashers*, LG, https://www.lg.com/us/dishwashers (last visited May 25, 2021).
[26] *Id.*

39

73.    LG knew that consumers were unaware of the Control Panel Defect and that Plaintiff and the Class reasonably expected the Class Dishwashers to complete dishwasher cycles without pausing midway or requiring a manual or complete reset in order to function again.

74.    LG also knew that consumers expected LG to disclose the Control Panel Defect that prevented the Class Dishwashers from performing their ordinary purpose long before the end of their expected useful lives, and that such disclosure would impact consumers' decisions concerning whether to purchase the Class Dishwashers at the price that they paid for the Class Dishwashers. LG knew and intended for consumers to rely on its material omissions with regard to the Control Panel Defect when purchasing the Class Dishwashers.

75.    As a result of LG's uniform omissions and misrepresentations in its marketing and advertising, Plaintiff and the Class believed that the Class Dishwashers they purchased would operate without defects and in accordance with LG's representations, and Plaintiff and the Class purchased Class Dishwashers in reliance on that belief.

76.    LG actively concealed from and/or failed to disclose to Plaintiff and the Class, the true defective nature of the Class Dishwashers, and failed to remove the Class Dishwashers from the marketplace or take adequate remedial action. LG represented that the Class Dishwashers were free of defects even though it knew, or

was reckless in not knowing, when it sold the Class Dishwashers that they contained a Control Panel Defect that would render the Class Dishwashers practically unusable.

77.    As a consequence of LG's actions and inaction, Plaintiff and the Class have been deprived of the benefit of their bargain, lost use of the Class Dishwashers, and incurred lost time and costs, including repair and/or replacement costs, time spent in arranging and obtaining repairs, and inconvenience.

## FRAUDULENT CONCEALMENT

78.    LG made material omissions concerning the Control Panel Defect by not fully and truthfully disclosing to its consumers the true nature of the Class Dishwashers. A reasonable consumer would not have known about the Control Panel Defect. Indeed, LG issued a Service Bulletin to dealers of Class Dishwashers, though not consumers, in November 2018 regarding the Control Panel Defect.

79.    LG made these omissions with knowledge of their falsity and with the intent that Plaintiff and the Class would rely upon them.

80.    The facts concealed, suppressed, and not disclosed by LG to Plaintiff and the Class are material in that a reasonable consumer would have considered them to be material in deciding whether to purchase the dishwashers at all or at the offered price.

81.    LG had a duty to disclose the true quality of the Class Dishwashers because the knowledge of the Control Panel Defect and its details were known and/or accessible only to LG; LG had superior knowledge and access to the relevant facts; and LG knew the facts were not known to, or reasonably discoverable by, Plaintiff and the Class. LG also had a duty to disclose because it made affirmative representations about the qualities and reliability of its Class Dishwashers, as set forth above, which were misleading, deceptive, and incomplete without the disclosure of the additional facts set forth above regarding the Control Panel Defect.

82.    LG concealed this material information for the purpose of inducing Plaintiff and the Class to purchase the defective Class Dishwashers at full price rather than purchasing competitors' dishwashers or paying LG less for the Class Dishwashers, given their limited utility. Had Plaintiff and the Class known about the defective nature of the Class Dishwashers, they would not have not purchased them or they would have paid less for the Class Dishwashers. Thus, Plaintiff and the Class were fraudulently induced to purchase the Class Dishwashers containing the Control Panel Defect.

## TOLLING OF STATUES OF LIMITATIONS

83.    LG's knowing and active concealment and denial of the facts alleged herein have tolled any applicable statute(s) of limitations.

84.    Plaintiff and the Class could not have reasonably discovered the true facts regarding the Class Dishwashers, including the latent Control Panel Defect, until shortly before this litigation commenced.

85.    Even after Plaintiff and the Class contacted LG for repairs and replacement as the result of the Control Panel Defect, LG routinely informed its consumers that the Class Dishwashers were not defective and that the Class Dishwashers were functioning normally.

86.    LG was, and remains under, a continuing duty to disclose to Plaintiff and the Class the true facts concerning the Class Dishwashers, *i.e.* that the Class Dishwashers suffer from the Control Panel Defect due to defects in materials and/or workmanship, and failings described above, that require increased expenses to repair or replace the Class Dishwashers.

87.    As a result of LG's active concealment of and breach of its duty to disclose the existence of the Control Panel Defect, any and all applicable statute(s) of limitations otherwise applicable to the allegations herein have been tolled.

## **CLASS ACTION ALLEGATIONS**

88.    Plaintiff brings this action on her own behalf, and on behalf of the following Class, pursuant to FED. R. CIV. P. 23(a), 23(b)(2), and/or 23(b)(3). Specifically, the Class is defined as:

**Nationwide Class:**
All persons or entities in the United States who purchased one or more LG Class Dishwashers.

Or, in the alternative,

**Illinois Subclass:**
All persons or entities in Illinois who purchased one or more LG Class Dishwashers.

89.     Together, the Nationwide Class and the Illinois Subclass shall be collectively referred to herein as the "Class." Excluded from the Class are LG, its affiliates, employees, officers and directors, persons or entities that purchased the Class Dishwashers for purposes of resale, and the Judge(s) assigned to this case. Plaintiff reserves the right to modify, change or expand the Class definition after conducting discovery.

90.     <u>Numerosity</u>: The Class is so numerous that joinder of all members is impracticable.  While the exact number and identities of individual members of the Class are unknown at this time, such information being in the possession of LG and obtainable by Plaintiff only through the discovery process, Plaintiff believes that the Class consists of hundreds of thousands, if not millions, of persons and entities that were deceived by LG's conduct.

91.     <u>Existence and Predominance of Common Questions of Fact and Law</u>: Common questions of fact and law exist as to all members of the Class. These questions predominate over the questions affecting individual Class Members.

These common factual and legal questions include, but are not limited to:

    A.  whether LG misrepresented the quality of the Class Dishwashers;

    B.  whether the Class Dishwashers had a Control Panel Defect causing the Control Panel to malfunction, and result in the Class Dishwashers stopping mid-cycle or failing entirely.

    C.  whether LG omitted the Control Panel Defect from its disclosure of the properties of the Class Dishwashers to consumers;

    D.  whether LG's conduct violated the Illinois Consumer Fraud and Deceptive Business Practices Act;

    E.  whether LG's conduct violated the Illinois Uniform Deceptive Trade Practices Act;

    F.  whether LG's conduct violated the Magnuson-Moss Warranty Act;

    G.  whether LG breached its express warranties to the Class;

    H.  whether LG breached its implied warranties to the Class;

    I.  whether LG's conduct resulted in unlawful common law fraud;

    J.  whether LG's conduct resulted in it receiving unjust enrichment at the expense of Plaintiff and the Class; and

    K.  whether Plaintiff and the Class are entitled to monetary damages and/or other remedies and, if so, the nature of any such relief.

92.   <u>Typicality</u>:  All of Plaintiff's claims are typical of the claims of the

Class since each Class Dishwasher was advertised with the same type of false and/or misleading statements, regardless of model or production year.  Plaintiff and the Class sustained monetary and economic injuries including, but not limited to, ascertainable losses arising out of LG's wrongful conduct.  Plaintiff is advancing the same claims and legal theories on behalf of herself and all absent Class Members.

93.    Adequacy:  Plaintiff is an adequate Class representative because her interests do not materially or irreconcilably conflict with the interests of the Class that she seeks to represent, she has retained counsel competent and highly experienced in complex class action litigation, and she intends to prosecute this action vigorously.  The interests of the Class will be fairly and adequately protected by Plaintiff and her counsel.

94.    Superiority:  A class action is superior to all other available means of fair and efficient adjudication of the claims of Plaintiff and the Class. The injury suffered by each individual Class Member is relatively small in comparison to the burden and expense of individual prosecution of the complex and extensive litigation necessitated by LG's conduct. It would be virtually impossible for members of the Class individually to effectively redress the wrongs done to them. Even if the members of the Class could afford such individual litigation, the court system could not. Individualized litigation presents a potential for inconsistent or

contradictory judgments. Individualized litigation increases the delay and expense to all parties and to the court system presented by the complex legal and factual issues of the case. By contrast, the class action device presents far fewer management difficulties, and provides the benefits of single adjudication, economy of scale, and comprehensive supervision by a single court. Members of the Class can be readily identified and notified based on, *inter alia*, LG's records and databases.

95.    LG has acted, and refused to act, on grounds generally applicable to the Class, thereby making appropriate final injunctive and equitable relief with respect to the Class as a whole.

## VIOLATIONS ALLEGED

### COUNT I
**VIOLATIONS OF THE ILLINOIS CONSUMER FRAUD AND
DECEPTIVE BUSINESS PRACTICES ACT ("ICFA")
(815 Ill. Comp. Stat. § 505/1 *et seq.*)
(On Behalf of the Illinois Subclass)**

96.    Plaintiff and the Class re-allege and incorporate by reference the allegations contained in all preceding paragraphs of this Class Action Complaint as though set forth fully herein.

97.    Plaintiff brings this claim individually and on behalf of the Illinois Subclass.

98.    Plaintiff and Illinois Subclass members are "consumers" within the

meaning of 815 Ill. Comp. Stat. § 505/1(e).

99.    Plaintiff and Illinois Subclass members, and LG are "persons" within the meaning of 815 Ill. Comp. Stat. § 505/1(c).

100.    LG engages in "trade" or "commerce" within the meaning of 815 Ill. Comp. Stat. § 505/1(f) in the course of the distribution, marketing, and/or sale of the Class Dishwashers.

101.    LG engages in the "sale" of "merchandise" as those terms are defined by 815 Ill. Comp. Stat. § 505/1(b) and (d).

102.    The ICFA prohibits "[u]nfair methods of competition and unfair or deceptive acts or practices, including but not limited to the use or employment of any deception fraud, false pretense, false promise, misrepresentation or the concealment, suppression or omission of any material fact, with intent that others rely upon the concealment, suppression or omission of such material fact . . . in the conduct of any trade or commerce." 815 Ill. Comp. Stat. § 505/2.

103.    LG's acts and practices, described herein, are unfair and deceptive in violation of Illinois law. By selling defective Class Dishwashers with exclusive or superior knowledge of the defect, and by failing to disclose the Control Panel Defect or honor warranty claims in good faith, LG acted unscrupulously in a manner that is substantially oppressive and injurious to consumers. LG owed a duty to disclose all material facts concerning the Class Dishwashers and the Control Panel Defect

because it possessed exclusive or superior knowledge, intentionally concealed material information from consumers, and/or made misrepresentations that were rendered misleading because they were contradicted by facts that were withheld.

104.   LG committed these unfair and deceptive acts and practices with the intent that consumers, such as Plaintiff and the Illinois Subclass, would rely upon LG's misrepresentations and omissions when deciding whether to purchase a Class Dishwasher.

105.   Plaintiff and the Illinois Subclass suffered ascertainable loss as a direct and proximate result of LG's unfair and deceptive acts and practices. Had Plaintiff and the Illinois Subclass known that the Class Dishwashers are defective, they would not have purchased, or would have paid significantly less for one. Among other injuries, Plaintiff and the Illinois Subclass overpaid for their Class Dishwashers and their Class Dishwashers suffered a diminution in value.

106.   Accordingly, pursuant to 815 Ill. Comp. Stat. § 505/10(a), Plaintiff and the Illinois Subclass seek actual compensatory, and punitive damages (pursuant to 815 Ill. Comp. Stat. § 505/10a(c)), injunctive relief, and reasonable attorneys' fees and costs.

**COUNT II**
**VIOLATIONS OF THE ILLINOIS UNIFORM DECEPTIVE**
**TRADE PRACTICES ACT**
**(815 Ill. Stat. § 510/2, *et seq.*)**
**(On Behalf of the Illinois Subclass)**

107.   Plaintiff and the Class re-allege and incorporate by reference the allegations contained in all preceding paragraphs of this Class Action Complaint as though set forth fully herein.

108.   Plaintiff brings this claim individually and on behalf of the Illinois Subclass.

109.   LG markets, distributes, and/or sells the Class Dishwashers at various locations throughout the State of Illinois, including, *inter alia*, Home Depot, Lowes, and Best Buy.

110.   Pursuant to the Deceptive Trade Practices Act, "a person engages in a deceptive trade practice when" they "represent[] that goods or services have . . . characteristics, . . . uses, benefits, or quantities that they do not have . . . ." and "represent[] that goods or services are of a particular standard, quality, or grade … if they are of another[.]" 815 Ill. Stat. § 510/2(a)(5), (7). LG marketed, distributed, advertised, and sold the Class Dishwashers even though they are not high-quality, long-lasting dishwashers.

111.   LG marketed the Class Dishwashers as being a high-quality and durable product despite the fact that the Control Panel has inherent Control Panel Defects that allow water to seep into the Control Panel, causing shortages that result in the machines continually stopping mid-cycle, rendering the Control Panel buttons defective, and leaving the Class Dishwashers unusable. LG failed to disclose

material facts concerning the Class Dishwashers' performance at the point of sale and otherwise, despite touting and advertising the Class Dishwashers as high-quality and durable.

112.    As a direct and proximate result of LG's business practices, Plaintiff and the Illinois Subclass suffered injury in fact and lost money or property because they purchased and paid for the Class Dishwashers that they otherwise would not have, or in the alternative, would have paid less for.

113.    LG's continued marketing, distribution, and sale of the Class Dishwashers will continue to harm Illinois residents, unless LG is enjoined from their continued sale. Thus, Plaintiff and the Illinois Subclass are entitled to injunctive relief, attorneys' fees, and other relief as the court may deem necessary.

<u>**COUNT III**</u>
**BREACH OF WRITTEN WARRANTY**
**UNDER THE MAGNUSON-MOSS WARRANTY ACT**
**(15 U.S.C. § 2301, *et seq.*)**
**(On Behalf of the Nationwide Class, or Alternatively, the Illinois Class)**

114.    Plaintiff and the Class re-allege and incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

115.    Plaintiff and the Class are "consumers" within the meaning of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301(3).

116.    LG is a "supplier" and "warrantor" within the meaning of 15 U.S.C. §§ 2301(4)-(5).

117.   The Class Dishwashers are "consumer products" within the meaning of 15 U.S.C. § 2301(1).

118.   LG's warranties are "written warranties" within the meaning of 15 U.S.C. § 2301(6).

119.   LG breached the express warranties by refusing and/or failing to honor the express warranties by repairing or replacing, free of charge, the defective Class Dishwashers.

120.   Plaintiff and the Class relied on the existence and length of the express warranties in deciding whether to purchase the Class Dishwashers.

121.   LG's breach of the express warranties has deprived Plaintiff and the Class of the benefit of their bargain.

122.   The amount in controversy of Plaintiff's individual claims meets or exceeds the sum or value of $25.00. In addition, the amount in controversy meets or exceeds the sum or value of $50,000 (exclusive of interests and costs) computed on the basis of all claims to be determined in this suit.

123.   LG has been afforded a reasonable opportunity to cure its breach of the written warranties and/or Plaintiff and the Class were not required to do so because providing LG a reasonable opportunity to cure its breach of written warranties would have been futile. LG was also on notice of the Control Panel Defect from the

complaints and service requests it received from Plaintiff and the Class, as well as from its own warranty claims, customer complaint data, and/or parts sales data.

124.    As a direct and proximate cause of LG's breach of the written warranties, Plaintiff and the Class sustained damages and other losses in an amount to be determined at trial. LG's conduct damaged Plaintiff and the Class, who are entitled to recover actual damages, consequential damages, specific performance, diminution in value, costs, including statutory attorney fees, and/or other relief as deemed appropriate.

## COUNT IV
## BREACH OF EXPRESS WARRANTY
### (On Behalf of the Nationwide Class, or Alternatively, the Illinois Subclass)

125.    Plaintiff and the Class re-allege and incorporate by reference the allegations contained in all preceding paragraphs of this Class Action Complaint as though set forth fully herein.

126.    LG made numerous warranties to Plaintiff and the Class about the Class Dishwashers. In fact, LG represented on its website and marketing materials that "[w]ith fewer moving parts, no belts and energy- and water-saving features, your LG dishwasher will get your dishes sparkling clean and help reduce your energy and

water consumption."[27] Further advertising that the Class Dishwashers would "[s]implify your life, streamline your kitchen, and get spotless, sparkling dishes."[28]

127.  LG also expressly warranted Plaintiff and the Class' Dishwashers against "defect[s] in materials or workmanship under normal home use." Under the warranty, LG will repair or replace the dishwasher part free of charge for defects that occurred during the one-year warranty period.

128.  These warranties became part of the basis of the bargain between the parties and created collective express warranties that the Class Dishwashers would conform to LG's affirmations and promises. Under the terms of these express warranties, LG is obligated to repair or replace the Class Dishwashers sold to Plaintiff and the Class.

129.  The parts affected by the Control Panel Defect were manufactured and distributed by LG in the Class Dishwashers and are covered by the warranties LG provided all purchasers of Class Dishwashers.

130.  LG breached these warranties by selling Class Dishwashers with the Control Panel Defect, requiring repair or replacement within the applicable warranty

---

[27] *Dishwashers*, LG, https://www.lg.com/us/dishwashers (last visited May 25, 2021).
[28] *Id.*

periods, and refusing to honor the warranties by providing free, effective repairs or replacements during the applicable warranty periods.

131.   As a result of LG's inability to remedy the Control Panel Defect, LG's warranties fail of their essential purpose.

132.   Plaintiff and the Class also notified LG of the breach within a reasonable time, and/or were not required to do so because affording LG a reasonable opportunity to cure its breach of written warranty would have been futile. LG also knew of the Control Panel Defect and yet chose to conceal it and to fail to comply with their warranty obligations.

133.   As a direct and proximate cause of LG's breach, Plaintiff and the Class bought Class Dishwashers they otherwise would not have, overpaid for their dishwashers, did not receive the benefit of their bargain, and their Class Dishwashers suffered a diminution in value. Plaintiff and the Class have also incurred and will continue to incur costs for repair and incidental expenses.

134.   LG's attempt to disclaim or limit these express warranties vis-à-vis consumers is unconscionable and unenforceable under the circumstances here. Specifically, LG's warranty limitation is unenforceable because they knowingly sold a defective product without informing consumers about the Control Panel Defect.

135.   The time limits contained in LG's warranty period were also unconscionable and inadequate to protect Plaintiff and the Class. Among other

things, Plaintiff and the Class had no meaningful choice in determining these time limitations the terms of which unreasonably favored LG. A gross disparity in bargaining power existed between LG and the Class, and LG knew or should have known that the Class Dishwashers were defective at the time of sale and would fail well before their useful lives.

136.   Plaintiff and the Class have complied with all obligations under the warranty, or otherwise have been excused from performance of said obligations as a result of LG's conduct described herein.

137.   As a direct and proximate result of LG's breach of express warranties, Plaintiff and the Class have suffered damages, injury in fact, and ascertainable loss in an amount to be determined at trial, including repair and replacement costs and damage to other property.

138.   Plaintiff and the Class are entitled to legal and equitable relief against LG, including damages, consequential damages, specific performance, attorney fees, costs of suit, and other relief as appropriate.

**COUNT V**
**BREACH OF IMPLIED WARRANTY OF MERCHANTABILITY**
**(On Behalf of the Nationwide Class, or Alternatively, the Illinois Subclass)**

139.   Plaintiff and the Class re-allege and incorporate by reference the allegations contained in all preceding paragraphs of this Class Action Complaint as though set forth fully herein.

140.  LG made numerous implied warranties to the Plaintiff and the Class about the merchantable quality of the Class Dishwashers.

141.  LG impliedly warranted, among other things, that the Class Dishwashers were of good and merchantable quality, would have functional Control Panels, and would be able to complete a wash cycle on their own without interruption.

142.  Through the conduct alleged herein, LG has breached the implied warranty of merchantability. The defectively designed Class Dishwashers are not fit for the ordinary and intended purpose for which Plaintiff and the Class purchased them to perform: to complete a dish washing cycle, and do so in an energy efficient manner. LG knew that Plaintiff and the Class were purchasing the Class Dishwashers for this purpose and marketed the Class Dishwashers for this purpose.

143.  Plaintiff and the Class relied on LG's misrepresentations by purchasing the Class Dishwashers.

144.  LG knew or had reason to know that Plaintiff and the Class were influenced to purchase the Class Dishwashers through LG's expertise, skill, judgment, and knowledge in furnishing products for their intended use.

145.  The Class Dishwashers were not of merchantable quality and were not fit for their ordinary purpose because the defects in materials and/or workmanship

alleged herein render them incapable of being able to complete a wash cycle without interruption and in an energy efficient manner.

146.   LG's actions, as complained of herein, breached their implied warranty that the Class Dishwashers were of merchantable quality as fit for such use, in violation of the UCC, the common law of this State, as well as the common law and statutory laws of other states.

147.   LG has failed to provide adequate remedies under its written express warranty, which has caused the express warranty to fail its essential purpose, thereby permitting remedies under implied warranties.

148.   LG has not sufficiently disclaimed the implied warranty of merchantability (specifically and conspicuously) or the implied warranty of fitness (in writing and conspicuously).

149.   Further, the purported remedial limitations in the warranty, including limiting the "exclusive    remedy"    to    repairs using identically defective components, are procedurally and substantively unconscionable and thus fail under UCC § 2-302, as adopted by the States. LG knew or should have known that the Control Panel Defect renders Class Dishwashers susceptible to premature failure, and that LG had unequal bargaining    power    and    misrepresented    Class Dishwashers' reliability, and    the    limited    remedies unreasonably favor LG and fail Plaintiff's reasonable expectations.

150.   LG was and is in privity with Plaintiff and the Class by law and/or by fact.

151.   First, Plaintiff has had sufficient direct dealings with LG and/or its authorized dealers, franchisees, representatives, and agents to establish privity of contract.

152.   Second, Plaintiff and the Class are intended third-party beneficiaries of contracts, including express warranties, between LG and its dealers, franchisees, representatives and agents; LG's advertisements were aimed at Plaintiff and class members, and LG's warranties were expressly written for the benefit of Plaintiff and Class members as end users of Class Dishwashers. LG's authorized dealers, franchisees, representatives, and agents, on the other hand, were not intended to be the ultimate consumers of Class Dishwashers and have no rights under the warranty agreements provided by LG; these intermediary entities made no changes to LG's product, nor made any additions to the warranties issued by Defendant.

153.   Third, LG is estopped from limiting claims for common law and statutory violations based on a defense of lack of privity.

154.   Plaintiff and the Class have incurred damage as described herein as a direct and proximate result of the failure of LG to honor its implied warranty. In particular, Plaintiff and the Class would not have purchased the Class Dishwashers

had they known the truth about their defects; nor would they have suffered the damages associated with these defects.

155.   Plaintiff and the Class are entitled to damages, as well as reasonable attorneys' fees and costs.

## COUNT VI
## COMMON LAW FRAUD
**(On Behalf of the Nationwide Class, or Alternatively, the Illinois Subclass)**

156.   Plaintiff and the Class re-allege and incorporate by reference the allegations contained in all preceding paragraphs of this Class Action Complaint as though set forth fully herein.

157.   LG made material misstatements of fact to Plaintiff and the Class regarding the defective nature of the Class Dishwashers, the performance capacity and longevity of the Class Dishwashers.

158.   These misstatements were made by LG with knowledge of their falsity, and with the intent that Plaintiff and the Class would rely upon them.

159.   As described herein, LG fraudulently sold the Class Dishwashers with the Control Panel Defect, then published a TSB to correct this Control Panel Defect only to certified sellers, not consumers.

160.   At the time LG made these misrepresentations and omissions, and at the time Plaintiff and the Class purchased the LG Dishwashers, Plaintiff and the Class were unaware of the falsity of these misrepresentations, and reasonably

believed LG's contentions about high quality and long-lasting nature of the Class Dishwashers to be true.

161.   In making these misrepresentations and concealments, LG knew they were false and that the Class Dishwashers were designed with the Control Panel Defect, and intended that Plaintiff and the Class would rely upon such misrepresentations.

162.   Plaintiff and the Class did, in fact, rely upon LG's misrepresentations and omissions concerning the performance capabilities of the Class Dishwashers, and their longevity as a high-quality dishwasher.

163.   As a direct and proximate result of LG's deceptive, fraudulent, and unfair practices, Plaintiff and the Class have suffered an injury in fact and/or actual damages in an amount to be determined at trial.

164.   Plaintiff, on behalf of herself and all others similarly situated, demands judgment against LG for damages and declaratory relief.

## COUNT VII
## UNJUST ENRICHMENT
### (On Behalf of the Nationwide Class, or Alternatively, the Illinois Subclass)

165.   Plaintiff and the Class re-allege and incorporate by reference the allegations contained in all preceding paragraphs of this Class Action Complaint as though set forth fully herein.

166.   Plaintiff and the Class conferred a benefit on LG by purchasing the Class Dishwashers.

167.   LG had knowledge that this benefit was conferred upon them, but failed to disclose its knowledge that Plaintiff and the Class did not receive what they paid for and instead provided misstatements about their Class Dishwashers while profiting from this deception.

168.   LG has been unjustly enriched at the expense of Plaintiff and the Class, and its retention of this benefit under the circumstances would be inequitable.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff, on behalf of herself and the Class, respectfully requests that this Court:

A.    determine that the claims alleged herein may be maintained as a class action under Rule 23 of the Federal Rules of Civil Procedure, and issue an order certifying one or more Classes, as defined above;

B.    appoint Plaintiff as the representative of the Class and her counsel as Class Counsel;

C.    award all actual, general, special (including treble), incidental, statutory, and consequential damages to which Plaintiff and the Class are entitled;

D.    award pre-judgment and post-judgment interest on such monetary

relief;

E.      grant appropriate injunctive and/or declaratory relief;

F.      award reasonable attorneys' fees and costs; and

G.      grant such further relief that this Court deems appropriate.

## DEMAND FOR JURY TRIAL

Plaintiff respectfully demands a trial by jury on all issues so triable.

Dated: July 2, 2021                    Respectfully submitted,

                           By:    *s/ Bryan L. Clobes*

                                  Bryan L. Clobes
                                  **CAFFERTY CLOBES MERIWETHER
                                  & SPRENGEL LLP**
                                  205 N. Monroe St.
                                  Media, PA 19063
                                  Tel.: (215) 864-2800
                                  Fax: (215) 964-2808
                                  bclobes@caffertyclobes.com

                                  Daniel O. Herrera
                                  Kaitlin Naughton
                                  Olivia Lawless
                                  **CAFFERTY CLOBES MERIWETHER
                                  & SPRENGEL LLP**
                                  150 S. Wacker Drive 3000
                                  Chicago, IL 60606
                                  Tel.: (312) 782-4880
                                  Fax: (312) 782-7785
                                  dherrera@caffertyclobes.com
                                  knaughton@caffertyclobes.com
                                  olawless@caffertyclobes.com

                                  ***Counsel for Plaintiff and the Putative Class***