UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RACHEL SIMNER, ROBERT DOMASCHUK, and MICHAEL ROSSIDIVITO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LG ELECTRONICS U.S.A., INC.,<br><br>Defendant. | No. 2:21-cv-13322-SDW-CLW<br><br>Judge Susan D. Wigenton<br>Magistrate Judge Cathy L. Waldor<br><br>SO ORDERED.<br>/s/ Susan D. Wigenton<br>Hon. Susan D. Wigenton<br>United States District Judge<br>Dated: June 28, 2024 |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated, by and between Plaintiffs Rachel Simner, Robert Domaschuk, and Michael Rossidivito ("Plaintiffs") and Defendant LG Electronics U.S.A., Inc., ("Defendant"), through their undersigned counsel, that Plaintiffs dismiss their individual claims against Defendant with prejudice, each party to bear their own costs.

Dated: June 27, 2024

Respectfully submitted,

By: */s/ Bryan L. Clobes*
Bryan L. Clobes
Daniel O. Herrera
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle Street
Suite 3210
Chicago, Illinois 60603
Tel: (312) 782-4880
Fax: (312) 782-4485
bclobes@caffertyclobes.com
dherrera@caffertyclobes.com

*Attorneys for Plaintiffs*

By: */s/ Allison M. Wuertz*
Allison M. Wuertz (N.J. ID No. 041862011)
Phoebe A. Wilkinson *(Admitted Pro Hac Vice)*
Samuel L. Zimmerman *(Admitted Pro Hac Vice)*
Ian Lewis-Slammon *(Admitted Pro Hac Vice)*
**HOGAN LOVELLS US LLP**
390 Madison Avenue
New York, NY 10017
allison.wuertz@hoganlovells.com
phoebe.wilkinson@hoganlovells.com
samuel.zimmerman@hoganlovells.com
ian.lewisslammon@hoganlovells.com

*Attorneys for Defendant LG Electronics U.S.A., Inc.*